PEOPLE *v* DONALD JACKSON.  Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J.  Submitted Division 1 June 9, 1971, at Detroit.  (Docket No. 9930.)  Decided December 9, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Richard Bogdanski,* Assistant Prosecuting Attorney, for the people.

*Charles Campbell,* for defendant on appeal.

Before: LEVIN, P. J., and QUINN and V. J. BRENNAN, JJ.

PER CURIAM. Defendant raises two issues for appellate review: alleged improper cross-examination of the defendant by the prosecutor, and alleged improper summation by the prosecutor. Neither of these alleged errors was preserved by objection at trial. We have, nevertheless, considered them; and have concluded that the defendant's conviction should be affirmed.

Affirmed.